IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02397-RTG
(**The above civil action number must appear on all future papers
sent to the Court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

CARLOS A. QUIJADA LARA,

      Plaintiff,

v.

JUAN BALTAZAR, Warden of ICE Processing Center,

      Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Carlos A. Quijada Lara, is currently detained at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On May 29, 2026, he submitted *pro se* a "Motion to 42 U.S.C. § 1983" (ECF No. 1)[1] to the Court. As a result, this civil action was initiated.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1 (b), the Court has determined that the submitted document is deficient as described in this Order. Plaintiff is directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X   is not submitted
(2)  __   is missing affidavit
(3)  X   is missing **certified** copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  X   is missing authorization to calculate and disburse filing fee payments
(7)  __   is missing an original signature by the plaintiff
(8)  __   is not on proper form
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) X   other: In the alternative, Plaintiff may pay the $405.00 filing and administrative fees.

**Complaint, Petition, or Application**:

(11)  X   is not submitted (must use current court-approved Prisoner Complaint form).
(12)  __   is not on proper form
(13)  __   is missing an original signature
(14)  __   is missing page nos.
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants
(18)  __   other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time, he shall cure the deficiencies designated above **within 30 days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall file his claims on the current Court-approved Prisoner Complaint form and either submit a Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form along with the required information or, in the alternative, pay the $405.00 filing fee. **The Clerk of**

2

**Court is directed to mail Plaintiff one copy of the following court-approved forms; (1) Prisoner Complaint; and (2) Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.** Plaintiff may obtain additional copies of the court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within 30 days from the date of this Order** the action will be dismissed without further notice.

DATED June 1, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge