## IN THE UNITED ST ATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02397-RTG

CARLOS A. QUIJADA LARA,

      Plaintiff,

v.

JUAN BALTAZAR, Warden of ICE Processing Center,

      Defendant.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE RICHARD T. GURLEY

      In response to the Court's Order Directing Plaintiff to Cure Deficiencies (ECF No. 3), Plaintiff paid the filing fee (ECF No. 4). On the same day the filing fee was received, the Court entered a Revised Order Directing Plaintiff to Cure Deficiencies (ECF No. 5). The filing fee payment has cured some of the designated deficiencies. However, Plaintiff has not cured all the filing deficiencies as ordered by the Court because he has not submitted his claims on the court-approved Prisoner Complaint form. Thus, **Plaintiff is reminded that he must file a fully completed Prisoner Complaint form**, available at www.cod.uscourts.gov by **July 5, 2026**. Plaintiff is reminded that the action will be dismissed without further notice if the outstanding deficiency is not cured within the time allowed.

Dated: June 8, 2026