IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02397-LTB-RTG

CARLOS A. QUIJADA LARA,

Plaintiff,

v.

JUAN BALTAZAR, Warden of ICE Processing Center,

Defendant.

---

ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on July 31, 2026 (ECF No. 13). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 31, 2026. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 13) is accepted and adopted. It is

FURTHER ORDERED that the claim in the Second Amended Prisoner Complaint (ECF No. 12) asserted against Defendant Baltazar in his official capacity is dismissed without prejudice for lack of subject matter jurisdiction based on sovereign immunity. It is

FURTHER ORDERED that, to the extent the Second Amended Prisoner Complaint (ECF No. 12) attempts to assert a claim against Defendant Baltazar in his individual capacity, the claim is dismissed as legally frivolous pursuant to 28 U.S.C. § 1915A(b)(1). It is

FURTHER ORDERED that, in the alternative, the Second Amended Prisoner Complaint (ECF No. 9) is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies and failure to comply with a Court Order.

It is

FURTHER ORDERED that all pending motions are denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this 26th day of August, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court